UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNY LUZ MAYTA CHAVEZ, | ) No. 2:26-cv-02199-JNW |
| Petitioner, | ) |
| | ) |
| vs. | ) **ORDER FOR APPOINTMENT** |
| | ) **OF COUNSEL** |
| TODD BLANCHE, Acting Attorney General of the United States; MARKWAYNE MULLIN, Secretary, United States Department of Homeland Security; JULIO HERNANDEZ, Acting Seattle Field Office Director, United States Citizenship and Immigration Services; BRUCE SCOTT, Warden of Immigration Detention Facility; and the United States Immigration and Customs Enforcement, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Respondents. | ) |

THE COURT has considered Petitioner Jenny Luz Mayta Chavez's motion for appointment of counsel.

IT IS ORDERED that Assistant Federal Public Defender Ann K. Wagner is appointed to represent Petitioner Mayta Chavez.

DATED this 30th day of June 2026.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Ann K. Wagner*
Assistant Federal Public Defender

ORDER FOR APPOINTMENT OF COUNSEL
(*Mayta Chavez v. Blanche, et al.*) - 1